Jonah Energy LLC, Petitioner v. Riggs Oil & Gas Corporation; Gasconade Oil Company; Helm Energy, LLC; McLish Resources, L.P., LLLP; W. Clifton Arbuckle Trust Dated 1/1/1996; Los Feliz Oil Company, LLC; Samis Oil Company, Inc.; MKB Energy, LLC; Westar Oil & Gas, Inc.; JJB Energy Ventures, LC; Callaway Oil, L.L.C.; Anadarko Partners II, L.P.; Cartel Petroleum, Inc.; Castlebay Energy LLC; Coyote Energy LLC; S.N.S. Oil & Gas Properties, Inc.; Winchester Energy, LLC; El Dorado Corporation; and Ridgeview Exploration, Inc. Respondents No. 21SC97
Supreme Court of Colorado, En Banc
August 16, 2021

 Court
 of Appeals Case No. 19CA1464

 Petition
 for Writ of Certiorari DENIED.